**Order entered October 31, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00943-CV

## BRP-ROTAX GMBH & CO. KG, Appellant

## V.

## SHEEMA SHAIK AND TOUSEEF SIDDIQUI, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03101-E**

## ORDER

The clerk's record in this accelerated case is overdue. By postcard dated October 5, 2022, we notified the Dallas County Clerk that the clerk's record was overdue and directed him to file the clerk's record within ten days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, by **November 11, 2022**, either (1) the clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

All parties


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE